■ PATRICIA J. CURTO, Appellant, v NATIONAL FUEL CORPORATION, Respondent. (Appeal No. 1.) [972 NYS2d 139]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered December 14, 2011. The order, among other things, granted the motion of defendant to dismiss the complaint.

an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered January 17, 2012. The order denied the motion of plaintiff for reargument.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.